■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JOHN HORACE, Respondent. [648 NYS2d 374] —Judgment unanimously affirmed. Memorandum: Supreme Court properly resentenced defendant in order to correct its error in imposing a sentence that did not conform to the plea agreement (*see, People v Minaya*, 54 NY2d 360, *cert denied* 455 US 1024; *see also, People v Wright*, 56 NY2d 613; *People v Monereau*, 181 AD2d 918, *lv denied* 79 NY2d 1052). The correction "not only [was] evident from the record but also fully comported with the expectation of the court, the prosecutor and the defendant at the time sentence was imposed" (*Matter of Campbell v Pesce*, 60 NY2d 165, 169; *see, People v Monereau, supra*, at 919). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Unauthorized Practice.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.